UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BURRILLVILLE SCHOOL DEPARTMENT

VS C.A. No. 05-105l

W.B. a minor, by and through his
Natural parents and next friends,
Mr. & Mrs. B.

ENTRY OF APPEARANCE

I, the undersigned, hereby enter my appearance on behalf of the Defendant, W.B. a minor.

Vicki J Bejma mc

Vicki J. Bejma #6498
Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115
Tel. (401) 331-6565
Fax: (401) 331-7888

**CERTIFICATION**

I hereby certify that on 3/7/05 I sent a true and accurate copy of this entry of appearance to:

Andrew Henneous, Esq
Brennan, Recupero, Cascione,
Scungio & McAllister L.L.P.
362 Broadway
Providence, RI 02909

Lyn Carroll

5