UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BURRILLVILLE SCHOOL DEPARTMENT<br><br>Plaintiff,<br><br>v.<br><br>W.B., a minor, by and through his natural parents and next friends, Mr. & Mrs. B.,<br><br>Defendant | ) | C.A.NO. 05- 105 L |

**MOTION FOR TEMPORAY RESTRAINING ORDER**

Now comes the Plaintiff, by and through its attorneys, and does hereby request the Court to issue a Temporary Restraining Order for the reasons set forth in the accompanying "Memorandum of Law in Support of Verified Complainti and Application for Restraining Order", and the Verified Complaint, including its attachments.

Plaintiff,
By its attorney

Andrew Henneous, Esq. #5935
Brennan, Recupero, Cascione,
Scungio, & McAllister L.L.P.
362 Broadway
Providence, RI 02909
Ph: 401-453-2300 Fax: 401-453-2345

DENIED

William E. Smith
U.S. District Judge
3/9/05