UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**BURRILLVILLE SCHOOL DEPARTMENT**

**Plaintiff**

**C.A. No. 05-105L**

**W.B., a minor, by and through his natural parents and next friends, Mr. & Mrs. B.,**

## STIPULATION OF DISMISSAL

The undersigned parties hereby agree and stipulate that the above-entitled matter is hereby dismissed without prejudice.

DEFENDANTS,
By their attorney,

Mary Ann Carroll, Esq. #6664
Law Offices of Stephen M. Robinson
155 South Main Street, Ste. 402
Providence, RI 02903
401-331-6565
401-331-7888 (fax)

PLAINTIFF,
By its attorney,

Andrew D. Henneous, Esq. #5935
Brennan, Recupero, Cascione, Scungio & McAllister, LLP
362 Broadway
Providence, RI 02909
401-453-2300
401-453-2345 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true and accurate copy of the within Stipulation to Mary Ann Carroll, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903, by regular mail, postage prepaid, this 21st day of June 2005.

Enter: Ronald R. Lagueux
Sr. USDJ 7/6/05